CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200,
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

ALAN J. GORDEE (SBN: 131907)
agordee@gna-law.com
GORDEE, NOWICKI & BLAKENEY LLP
100 Spectrum Center Drive, Suite 870
Irvine, California 92618
Telephone: (949) 567-9923
Facsimile: (949) 567-9928
Attorneys for Defendants
Fremont Retail Partners, L.P. and
Kigfre Pacific GP, LLC

PETER S. DOODY (SBN: 127653)
Doody@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West A Street, Suite 2600,
San Diego, CA 92101
Telephone:(619) 236-1551
Facsimile: (619) 696-1410
Attorneys for Defendants
Gamestone, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>  Plaintiff,<br><br>  v.<br><br>FREMONT RETAIL PARTNERS, LP, a Delaware Limited Partnership; KIGFRE PACIFIC GP, LLC, a Delaware Limited Liability Company; GAMESTOP, INC., A Minnesota Corporation; and Does 1-10,<br><br>  Defendant. | Case: 4:19-CV-06681-JSW<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: December 28, 2020          CENTER FOR DISABILITY ACCESS

                                              By:   /s/Amanda Seabock
                                                   Amanda Seabock
                                                   Attorney for Plaintiff

Dated: December 28, 2020          HIGGS FLETCHER & MACK LLP

                                              By:   /s/Peter S. Doody
                                                   Peter S. Doody
                                                   Attorney for Defendant
                                                   Gamestone, Inc.

Dated: December 28, 2020          GORDEE, NOWICKI & BLAKENEY LLP

                                              By:   /s/Alan J. Gordee
                                                   Alan J. Gordee
                                                 Attorney for Defendant
                                                 Fremont Retail Partners, L.P. and
                                                 Kigfre Pacific GP, LLC

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Peter S. Doody, counsel for Gamestop, Inc. and Alan J. Gordee, counsel for Fremont Retail Partners, L.P. and Kigfre Pacific GP, LLC, and that I have obtained authorization to affix their electronic signature to this document.

Dated: December 28, 2020     CENTER FOR DISABILITY ACCESS

                             By:    /s/Amanda Seabock
                                    Amanda Seabock
                                    Attorney for Plaintiff